UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN - 8 2009
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

SCHENECTADY EDUCATION
MANAGEMENT, LLC
    Plaintiff

v.

INTERNATIONAL CHARTER
SCHOOL
OF SCHENECTADY, DORIS
BELTON,
JOHN BELTON, SHERIDAN BIGGS,
SCOTT MURRAY, SHELLEY LUPE,
TRACY PETERSEN, and
FREDERIC H. LEE, as Trustees and
Individually, LORI VESHIA, and
NICOLE WISE,
    Defendants

Civil Action No.: 1:07-CV-667
00667-NAM-RFT

### STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate and agree that this action (including all claims and counterclaims) shall be dismissed with prejudice, with each party to assume his, her or its own attorney's fees and costs, and with each party waiving all rights of appeal.

Date: January 7, 2009

IT IS SO ORDERED.

_____
Norman A. Mordue
Chief Judge

Dated: January 8, 2009

7

|  |  |
|---|---|
|  | Respectfully submitted, |
| SCHENECTADY EDUCATION MANAGEMENT, LLC, | THE INTERNATIONAL CHARTER SCHOOL OF SCHENECTADY, INC. DORIS BELTON, JOHN BELTON, SHERIDAN BIGGS, SCOTT MURRAY, SHELLEY LUPE, TRACY PETERSEN, and FREDERIC H. LEE, as Trustees and Individually, LORI VESHIA, and NICOLE WISE, |
| By its Attorney, | By their Attorney, |
| *signature* | *signature* |
| Raipher D. Pellegrino, Bar Roll #   106475 Hope C. Button, Bar Roll #   106476 Denner Pellegrino, LLP 265 State Street Springfield, MA 01103 (413) 746-4400 rpellegrino@dennerpellgrino.com hbutton@dennerpellgrino.com | Harold D. Gordon Bar Roll # Couch White, LLP 540 Broadway P.O. Box 22222 Albany, NY 12201-2222 (518) 426-4600 hgordon@couchwhite.com |